UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

SUNG-IK JUNG,

                              Plaintiff,

        v.

CHINESE OCEAN SHIPPING GROUP
COMPANY,

                              Defendant.

-----------------------------------------------------------------

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 2 6 2005 ★

BROOKLYN OFFICE

**ORDER OF DISCONTINUANCE**

CV-05-1957 (NGG)

GARAUFIS, J.

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action

if the settlement is not consummated.

                                              SO ORDERED.

                                              NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
               July 25, 2005